Entered on Docket
January 10, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 10, 2022

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

VINOD NICHANI – SBN 277607
NICHANI LAW FIRM
111 North Market, Suite 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Attorney for Debtor in Possession
ROSE COURT, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ROSE COURT, LLC<br><br>Debtor in Possession. | Case No.: 19-31225<br><br>CHAPTER 11<br><br>ORDER AUTHORIZING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR |

The Application for Compensation and Reimbursement of Expenses by Attorney for Debtor ("Application") of Vinod Nichani dba Nichani Law Firm, filed on December 10, 2021 (Doc. # 107) and scheduled for hearing on January 7, 2022 before the Honorable Dennis Montali, Judge of the United States Bankruptcy Court, having no objections timely filed prior to the hearing, has been considered by the Court.

For the reasons stated on the record, IT IS HEREBY ORDERED that:

1. Fees are approved in the amount of $25,449.00; and

2. Reimbursement of expenses is approved in the amount of $444.75.

**END OF ORDER**

1

ORDER

COURT SERVICE LIST

(None)