**Month of February 2022**

**Attachment to Part 5: Professional Fees and Expenses**

a. Debtor's professional fees & expenses (bankruptcy)
   Aggregate Total Itemized Breakdown by Firm

|   | Firm Name | Role | Approved Current | Approved Cum. | Paid Current | Paid Cum. |
|---|---|---|---|---|---|---|
| 1 | Michael Rooney | General Consulting | | | | $37,700 |
| 2 | Newton Law Group | Defend. on UD& Plan for next step | | | $3,000 | $67,500 |
| 3 | Cal Appellate Law Group | Appeal on 7/22/20 Order | $89,831 | | | $75,000 |
| 4 | Richard Antognini | Preparation for Appeal | | | | $2,500 |
| 5 | Vinod Nichani | Chapter 11 & Ad Proceeding | $25,449 | | $1,000 | $1,000 |

b. Debtor's professional fees & expenses (non bankruptcy)

|   | Firm Name | Role | Approved Current | Approved Cum. | Paid Current | Paid Cum. |
|---|---|---|---|---|---|---|
| 5 | James Kelley | Expert Witness On Next Step | | | | $13,100 |
| 6 | Gary Dubin | Appeal to the 9th Circuit | To be applied | | $5.000 | $33,000 |
|   |   |   |   |   |   |   |

c. All professional fees & expenses: ……………………………………… $229,800