**Month of August 2022**

**Attachment to Part 5: Professional Fees and Expenses**

a. Debtor's professional fees & expenses (bankruptcy)
   Aggregate Total Itemized Breakdown by Firm

|   | Firm Name | Role | Approved Current | Approved Cum. | Paid Current | Paid Cum. |
|---|---|---|---|---|---|---|
| 1 | Michael Rooney | General Consulting | | | | $37,700 |
| 2 | Newton Law Group | Defend. on UD& Plan for next step | | | | $79,511 |
| 3 | Cal Appellate Law Group | Appeal on 7/22/20 Order | | | | $97,604 |
| 4 | Richard Antognini | Preparation for Appeal | | | | $2,500 |
| 5 | Vinod Nichani | Chapter 11 & AP Proceeding | | | $500 | $5,500 |

b. Debtor's professional fees & expenses (non bankruptcy)

|   | Firm Name | Role | Approved Current | Approved Cum. | Paid Current | Paid Cum. |
|---|---|---|---|---|---|---|
| 6 | James Kelley | Expert Witness On Next Step | | | | $13,100 |
| 7 | Gary Dubin | Appeal to the 9th Circuit | | | | $38,500 |
| 8 | Kimberly Cromwell | Unlawful Detainer Case | | | | $1,000 |

c. All professional fees & expenses: ……………………………………… $275,415