VINOD NICHANI - SBN 277607
NICHANI LAW FIRM
111 N. Market Street, Ste. 300
San Jose, California 95113
Phone: 408-800-6174
Fax: 408-290-9802
Email: vinod@nichanilawfirm.com

Attorney for Debtor in Possession
ROSE COURT, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: ) | Case No.: 19-31225 DM 11 |
| ) | |
| ROSE COURT, LLC ) | CHAPTER 11 |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| Debtor in Possession. ) | |

I hereby certify that I am over the age of 18 years and not a party to this action. My business address is 111 N. Market Street, Ste. 300, San Jose, California 95113. On the date set forth, I served a copy of the **DEBTOR'S MONTHLY OPERATING REPORT for AUGUST 2022** and this **CERTIFICATE OF MAILING** on the parties listed on the attached pages by placing a true copy thereof, enclosed in a sealed envelope with First Class Postage Prepaid, for deposit in the U.S. Postal Service. The United States Trustee, the creditors that hold the twenty largest general unsecured claims and all other parties who are CM/ECF registered participants in this case will receive such notice upon electronic filing of the above-named document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 4, 2022                                     /s/ Vinod Nichani
                                                            VINOD NICHANI

CERTIFICATE OF SERVICE - 1

## SERVICE LIST

Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, California 94102

CERTIFICATE OF SERVICE - 2

Case: 19-31225    Doc# 139-3    Filed: 10/04/22    Entered: 10/04/22 10:02:29    Page 2 of 2